UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 8:13-cr-417-T-30AEP

MICHAEL T. RIVERS

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture (Doc. 35), pursuant to 21 U.S.C. § 853(n)(7), 28 U.S.C. § 2461(c), and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for the following firearms and ammunition:

    a.    a Keltec CNC Industries Inc., Model PF-9, 9 caliber pistol, serial number SAF78;

    b.    a Taurus International, Model PT24/7 Pro, 45 caliber pistol, serial number NCT25119;

    c.    3 rounds of PMC .45 caliber ammunition;

    d.    4 rounds of Federal .45 caliber ammunition; and

    e.    7 rounds of unknown .380 caliber ammunition.

On December 12, 2013, the Court entered a Preliminary Order of Forfeiture against Rivers' interest in firearms and ammunition, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).   Doc. 27.

In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the firearms and ammunition on the official government website, www.forfeiture.gov, from December 13, 2013 through January 11, 2014.   Doc. 28.   The publication gave notice to all third parties with a legal interest in the firearms and ammunition to file with the Office of the Clerk,

United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication.   No third party has filed a petition or claimed an interest in the firearms and ammunition, and the time for filing a petition has expired.   Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 35) is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the firearms and ammunition identified above are CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the firearms and ammunition is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 18th day of February, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cr-417 fj forfeit Rivers.docx

2