**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MICHAEL RIVERS,

    Petitioner,

v.                                              Case No: 8:16-cv-1860-T-30AEP
                                                    Crim. No: 8:13-cr-417-T-30AEP

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

THIS CAUSE is before the Court on the United States' Unopposed Motion to Stay Petitioner's 28 U.S.C. § 2255 Proceedings (Dkt. 4).

After due consideration, it is **ORDERED AND ADJUDGED** that:

1.     The United States' Unopposed Motion to Stay 28 U.S.C. § 2255 Proceedings (Dkt. 4) is GRANTED.

2.     This action is STAYED AND ADMINISTRATIVELY CLOSED pending a decision from the Supreme Court in *Beckles v. United States*, 616 F. App'x 415 (11th Cir. 2015), *cert. granted*, No. 15-8544, 2016 WL 1029080 (June 27, 2016).

3.     Counsel for Petitioner shall move to reopen this action, if desired, within thirty (30) days after the Supreme Court issues a decision in *Beckles*.

4.     The Clerk is directed to terminate any pending motions in this case as well as the pending motion to vacate (CR Dkt. 64) in the corresponding criminal case number 8:13-cr-417-T-30AEP.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of September, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record